UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| CHRISTY BOULIS-GASCHE, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:08-CV-450 |
| | ) | | (VARLAN/GUYTON) |
| MICHAEL J. ASTRUE, | ) | | |
| Commissioner of Social Security, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## **ORDER**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, plaintiff's objections to the report and recommendation of the magistrate judge [Doc. 19] are hereby **OVERRULED**. Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the report and recommendation [Doc. 18] is **ACCEPTED IN WHOLE**. Additionally, and for the reasons stated in the report and recommendation, which the Court adopts and incorporates into its ruling, it is **ORDERED** that plaintiff's motion for judgment on the pleadings [Doc. 11] be **DENIED**; that the Commissioner's motion for summary judgment [Doc. 15] be **GRANTED**; and that the Commissioner's decision denying plaintiff's application for benefits be **AFFIRMED**. This case is **DISMISSED**.

IT IS SO ORDERED.

    s/ Thomas A. Varlan
    UNITED STATES DISTRICT JUDGE